UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERDELL WILLIAMS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00098 |
| | ) | |
| DEION STINNETT | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 11), recommending that this action be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b), and for failure to effect service as required by Rule 4(m). No objections have been filed.

Having considered the matter *de novo* as required by Rule 72, the Court agrees with the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 11) is **ACCEPTED** and **APPROVED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE